■ ANN AMROSE, Respondent, v EUGENE AMROSE, Appellant.—Judgment unanimously affirmed with costs for reasons stated at Trial Term, Cornelius, J. *(see also, Price v Price*, 69 NY2d 8). (Appeal from judgment of Supreme Court, Wayne County, Cornelius, J.—divorce.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ LAURENCE SOVIK, Appellant-Respondent, v SHEARSON LEHMAN/AMERICAN EXPRESS, INC., Respondent-Appellant.— Order unanimously reversed on the law without costs and submission of controversy dismissed. Memorandum: The court erred in deciding a purported action on submitted facts pursuant to CPLR 3222 because such a submission must consist of a statement of all the facts upon which the controversy depends. The court improperly considered affidavits submitted by the parties which raised factual issues *(see, Ditmars-31' St. Dev. Corp. v Punia*, 17 AD2d 357, 360). It is impossible to decide the case on the submission alone because it is incomplete. (Appeals from order of Supreme Court, Onondaga County, Mordue, J.—submission of controversy.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.